**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFONSO SERNA,<br><br>         Plaintiff,<br><br>    v.<br><br>FOUR KINGS, INC., aka KING ENTERPRISES,<br><br>         Defendants. | 1:06-cv-0115 OWW DLB<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference Date: 10/10/06 8:45 Ctrm. 3 |

**I.   Date of Scheduling Conference.**

   August 25, 2006.

**II.  Appearances Of Counsel.**

   Bradley A. Silva, Esq., appeared on behalf of Plaintiff.

   Leo King, an individual, appeared on behalf of Defendant Four Kings, Inc., aka King Enterprises.

**III. Status of Case.**

   1.   The parties report that settlement negotiations are ongoing and they have some confidence that a settlement may be reached.

   2.   There is a related case entitled *Serna v. Four Kings, Inc.*, Case No. 1:06-cv-00114 AWI DLB.

1

    3.    A Scheduling Conference is set in the related case before Magistrate Judge Beck on August 28, 2006.  The parties agree that there is no reason at this time to proceed with a scheduling conference in either case, except to adopt the following schedule: on or before September 25, 2006, in the event the case does not settle, Four Kings, Inc., shall substitute a California attorney of its choice in place and stead of Mr. McKinnon, Georgia counsel.

    4.    There is no reason to proceed with the Scheduling Conference in the related case as the settlement efforts are directed toward a resolution in both cases.

    5.    A Further Scheduling Conference shall be held in this case on October 10, 2006, at 8:45 a.m.  If the case has settled, the parties need only file a written notice of settlement and no appearance shall be required.  If the case is not settled, the parties shall submit a joint scheduling conference statement and shall appear October 10, 2006 at the hour of 8:45 a.m.

IV.    Consolidation.

    1.    The parties agree that the two cases involve two separate promissory notes and should be consolidated in the interests of judicial economy, expedition and convenience of the parties.  Accordingly, in the event both cases do not settle by October 10, 2006, the following consolidation order is entered, effective October 10, 2006: Case No. 1:06-cv-0115 OWW DLB shall be consolidated with Case No. 1:06-cv-0114 AWI DLB, for all purposes including trial, under Case No. 1:06-cv-0114 AWI DLB and case No. 1:06-cv-0115 OWW DLB shall be transferred to Judge Anthony W. Ishii.

2. Case No. 1:06-cv-0115 OWW DLB shall be administratively closed and all papers shall be filed under Case No. 1:06-cv-0114 AWI DLB after October 10, 2006, the effective date of this consolidation order.

IT IS SO ORDERED.

Dated:     August 25, 2006                    /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE